AO 91 (Rev. 5/85) Criminal Complaint

United States District Court
Southern District of Texas
FILED
DEC 10 2018
David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
ABUNDIS-De La Rosa, Jose Eduardo, YOB: 1981, MX

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-2513-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 9, 2018__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did,

Knowingly and Intentionally Possess with the Intent to Distribute approximately 105 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to Possess with the Intent to Distribute approximately 105 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   ___ No

Approved by

Signature of Complainant
Steven F. Picone, DEA Special Agent

Sworn to before me and subscribed in my presence,

December 10, 2018    8:33 am    At   McAllen, Texas
Date                                         City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT

On December 9, 2018, a United States Border Patrol Agent (BPA) responded to a call, via service radio, from the a USBP Agent operating Aerostat 4 (Alpha 4) who advised they saw several individuals walking north of the Rio Grande River carrying suspected bundles of narcotics, south of an area known as "Tortilla Factory", in Rio Grande City, Texas. This area is known by BPAs for illegal alien and narcotics smuggling.

At approximately 9:00 PM, the USBP Alpha 4 operator, advised they observed several subjects walking and four (4) of the subjects were carrying bundles of suspected narcotics. A USBP Agent drove towards the area known as "Cadena's House" and was advised by the USBP Alpha 4 operator that the subjects dropped the suspected bundles of narcotics and were running south east towards the Rio Grande River.

At approximately 9:15 PM, Omaha 92A arrived in the area to assist the agents and advised that two (2) subjects near the area Aerostat 4 had the last visual of the subjects. USBP Agents responded to the area and were able to locate two (2) subjects, later identified as Jose Eduardo ABUNDIS-De La Rosa and a juvenile. USBP Agents searched the area and were able to locate four (4) bundles of narcotics in a high grass a short distance away from where ABUNDIS-De La Rosa and the juvenile were apprehended.

USBP Agents transported ABUNDIS-De La Rosa and the four (4) bundles to the Rio Grande City Border Patrol Station for processing. The bundles were field tests and tested positive for marijuana. The marijuana weighed a total of approximately 105 kilograms.

On December 10, 2018, an Agent and Task Force Officers from the Drug Enforcement Administration Office responded to the Rio Grande City Border Patrol Station and met with ABUNDIS-De La Rosa. ABUNDIS-De La Rosa was read his Miranda Warnings and waived his Miranda Rights. ABUNDIS-De La Rosa advised the Agents that he was in need of some money and agreed to transport marijuana in to the United States. ABUNDIS-De La Rosa advised Agents that he believed he was going to get paid approximately $200.00 USC. ABUNDIS-De La Rosa advised Agents that he did carry a bundle of marijuana into the United States but ran once the Border Patrol Agents were in the area. ABUNDIS-De La Rosa advised Agents he was lost and shortly thereafter arrested by the Border Patrol Agents.

